# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00298-GCM

| | |
|---|---|
| JODY NASTA,<br><br>**Plaintiff,**<br><br>v.<br><br>**FIRSTPOINT COLLECTION RESOURCES, INC.,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning Raphael Deutsch (Doc. No. 2).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Deutsch is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Jody Nasta.

**IT IS SO ORDERED**.

Signed: June 28, 2021

Graham C. Mullen
United States District Judge